IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 10-01766 SEK

JOSE R VARGAS SANTA

Chapter 13

BERNALIZ CASTRO RIVERA

XXX-XX-9336

XXX-XX-3788

**FILED & ENTERED ON 09/28/2010**

Debtors

## ORDER

Objection to Claim #12 by Claimant Security Credit Services filed on 08/23/2010 (Docket #37) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this September 28, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
   CARLO J. RODRIGUEZ PUIGDOLLERS
   JOSE RAMON CARRION MORALES
   SECURITY CREDIT SERVICES